Lisa CLEPPER, Plaintiff/Appellant,

v.

VINSON MORTGAGE SERVICES, INC., and Title Star Agency, LLC, Defendants/Respondents.

No. ED 102494

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: November 24, 2015

Application for Transfer to Supreme Court Denied January 25, 2016

Application for Transfer Denied April 5, 2016

Robert Schultz, 640 Cepi Drive, Suite A, Chesterfield, MO 63005, for Plaintiff/Appellant.

Christopher M. Blaesing, Alan L. Schilling, Jr., 211 N. Broadway, Suite 3600, St. Louis, MO 63102, for Defendant/Respondent Vinson Mortgage Services, Inc.

Laura Gerdes Long, 7701 Forsyth Blvd., Suite 300, Clayton, MO 63105, for Defendant/Respondent Title Star Agency, LLC.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM.

Lisa Clepper (Appellant) appeals from the trial court's summary judgments entered in favor of Vinson Mortgage Services, Inc. (Vinson Mortgage) on Appellant's First Amended Class Action Petition and in favor of Title Star Agency, LLC (Title Star) on Appellant's Second Amended Class Action Petition. We have reviewed the briefs of the parties and the record on appeal and conclude there are no genuine issues of material fact and Vinson Mortgage and Title Star are entitled to judgment as a matter of law. Rule 74.04(c); *ITT Comm. Fin. Corp. v. Mid-Am. Marine Supply Corp.*, 854 S.W.2d 371, 376 (Mo. banc 1993). We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).